IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL ASSOCIATION OF CHAIN )
DRUG STORES, *et al.* )
)
            Plaintiffs, )
v. ) Civil Action No. _____
)
MICHAEL O. LEAVITT, SECRETARY OF )
HEALTH AND HUMAN SERVICES, *et al.*, )
)
            Defendants. )

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

      I, the undersigned, counsel for the National Community Pharmacists Association ("NCPA"), certify that to the best of my knowledge and belief, NCPA has no parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public. Founded in 1898 as the National Association of Retail Druggists, NCPA is incorporated in the Commonwealth of Virginia. NCPA is recognized by the Internal Revenue Service as a 501(c)(6) not-for-profit trade association. It represents the owners, managers and employees of 25,000 independent community retail pharmacies (not publicly held) across the United States, including independently owned chains and franchises.

      These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

Christopher W. Mahoney
D.C. Bar No. 394416
Duane Morris LLP
1667 K Street, NW, Suite 700
Washington, DC 20006
P: 202-776-7800
F: 202-776-7801
Email: cmahoney@duanemorris.com

Attorney for Plaintiff National Community Pharmacists Association

DM1\1221429.1