IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL ASSOCIATION OF CHAIN )
DRUG STORES, *et al.* )
             )
     Plaintiffs, )
v.              )  Civil Action No. _____
             )
MICHAEL O. LEAVITT, SECRETARY OF )
HEALTH AND HUMAN SERVICES, *et al.,* )
             )
     Defendants. )

## CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

   I, the undersigned, counsel for the National Association of Chain Drug Stores ("NACDS"), certify that to the best of my knowledge and belief, NACDS has no parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public. NACDS is incorporated in the Commonwealth of Virginia. NACDS is recognized by the Internal Revenue Service as a 501(c)(6) not-for-profit trade association. It serves a membership of nearly 180 community retail chain pharmacies, representatives of which serve on its Board of Directors. A full list of NACDS community retail chain pharmacy members can be located on the web via http://www.nacds.org/wmspage.cfm?parm1=3383.

   These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

*[signature]*

Christopher W. Mahoney
D.C. Bar No. 394416
Duane Morris LLP
1667 K Street, NW, Suite 700
Washington, DC 20006
P: 202-776-7800
F: 202-776-7801
Email: cmahoney@duanemorris.com

Attorney for Plaintiff National Association of Chain Drug Stores

DM1\1221422.1