IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF CHAIN DRUG STORES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> Defendants. | Civil Action No. 1:07-cv-02017 (RCL) |

## MOTION TO ADMIT NICHOLAS J. LYNN AND FREDERICK R. BALL *PRO HAC VICE*

Plaintiffs, National Association of Chain Drug Stores and National Community Pharmacists Association, by counsel and pursuant to LCvR 83.2(d), hereby move this Court for an order admitting *pro hac vice* Nicholas J. Lynn and Frederick R. Ball as counsel for Plaintiffs. In support of this Motion, Plaintiffs submit the attached Declarations of Nicholas J. Lynn and Frederick R. Ball. The undersigned certifies that consent to this Motion could not be obtained from opposing counsel pursuant to LCvR 7(m) because opposing counsel has not yet been identified by Defendants.

Respectfully submitted,

/s/  Christopher W. Mahoney
Christopher W. Mahoney
D.C. Bar No. 394416
Duane Morris LLP
1667 K Street, NW, Suite 700
Washington, DC 20006
P:  202-776-7800
F:  202-776-7801
Email:  cmahoney@duanemorris.com

Attorney for National Association of Chain Drug Stores and National Community Pharmacists Association

DM1\1213614.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF CHAIN DRUG STORES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) Civil Action No. 1:07-cv-02017 (RCL) ) ) ) ) ) ) |

## DECLARATION OF NICHOLAS J. LYNN

I, Nicholas J. Lynn, in support of the attached Motion To Admit *Pro Hac Vice*, do hereby state and certify as follows:

1.  I am a partner in the Chicago, Illinois, office of Duane Morris LLP. My office address and telephone number are Duane Morris LLP, 227 West Monroe Street, Suite 3400, Chicago, Illinois 60606, (312) 499-6700;

2.  I am admitted to practice before the United States Supreme Court, the United States Court of Appeals for the Seventh Circuit, the United States District Courts for the Northern, Central and Southern Districts of Illinois, and the Supreme Court of Illinois;

3.  I have not been disciplined by the bar of any jurisdiction or court;

4.  I have not been admitted *pro hac vice* in this Court within the last two years.

I declare under penalty of perjury that the foregoing is true and correct.

DATE: 11/8/07

Respectfully submitted,

_____
Nicholas J. Lynn
Duane Morris LLP
227 West Monroe Street, Suite 3400
Chicago, IL 60606
P: 312-499-6700
F: 312-499-6701
Email: NJLynn@duanemorris.com

DM1\1213605.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF CHAIN DRUG STORES, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 1:07-cv-02017 (RCL) |
| | ) |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | )<br>)<br>) |
| Defendants. | ) |

## ORDER

Upon consideration of the Motion of Plaintiffs, National Association of Chain Drug Stores and National Community Pharmacists Association, to Admit Nicholas J. Lynn and Frederick R. Ball *pro hac vice*, the accompanying Declarations, and the entire record herein, it is this___ day of November, 2007 hereby,

ORDERED that the Motion be and hereby is GRANTED, and it is further

ORDERED that Nicholas J. Lynn and Frederick R. Ball be and hereby are admitted *pro hac vice* as counsel for Plaintiffs, National Association of Chain Drug Stores and National Community Pharmacists Association, in this matter.

_____
United States District Judge

COPIES TO:

Christopher W. Mahoney
Duane Morris LLP
1667 K Street, NW, Suite 700
Washington, DC 20006

Nicholas J. Lynn
Frederick R. Ball
Duane Morris LLP
227 West Monroe Street, Suite 3400
Chicago, IL 60606

John M. Rector
General Counsel
National Community Pharmacists Association
100 Daingerfield Road
Alexandria, VA  22314-2885

Jeffrey Taylor
U.S. Attorney's Office
501 3RD Street, NW
Washington, D.C. 20001

Peter D. Keisler
Acting U.S. Attorney General
Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

Kerry Weems, Acting Administrator
Centers for Medicare and Medicaid
Services
200 Independence Avenue, SW
Washington, D.C. 20201

Michael O. Leavitt, Secretary
U.S. Department of Health and Human
Services
200 Independence Avenue, SW
Washington, D.C. 20201

DM1\1213633.1