## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **NATIONAL ASSOCIATION OF CHAIN DRUG STORES**, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:07-cv-02017 (RCL) |
| **UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES**, *et al.,* | ) ) ) | |
| Defendants. | ) ) | |

### MOTION TO ADMIT JOHN M. RECTOR *PRO HAC VICE*

Plaintiff National Community Pharmacists Association, by counsel and pursuant to LCvR 83.2(d), hereby moves this Court for an order admitting *pro hac vice* John M. Rector as counsel for Plaintiff National Community Pharmacists Association.  In support of this Motion, Plaintiff National Community Pharmacists Association submits the attached Declaration of John M. Rector.  The undersigned certifies that consent to this Motion could not be obtained from opposing counsel pursuant to LCvR 7(m) because opposing counsel has not yet been identified by Defendants.

Respectfully submitted,

/s/  Christopher W. Mahoney
Christopher W. Mahoney
D.C. Bar No. 394416
Duane Morris LLP
1667 K Street, NW, Suite 700
Washington, DC 20006
P:  202-776-7800
F:  202-776-7801
Email:  cmahoney@duanemorris.com

Attorney for National Community
Pharmacists Association

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NATIONAL ASSOCIATION OF CHAIN )
DRUG STORES, *et al.,* )
                     )
            Plaintiffs, )
                     )
    v. )    Civil Action No. 1:07-cv-02017 (RCL)
                     )
UNITED STATES DEPARTMENT OF )
HEALTH AND HUMAN SERVICES, *et al.,* )
                     )
            Defendants. )

### DECLARATION OF JOHN M. RECTOR

     I, John M. Rector, in support of the attached Motion To Admit *Pro Hac Vice*, do hereby state and certify as follows:

     1.     I am General Counsel of Plaintiff National Community Pharmacists Association. My office address and telephone number are 100 Daingerfield Road, Alexandria, VA 22314-2885, (703) 683-8200.

     2.     I am admitted to practice before the Supreme Court of California;

     3.     I have not been disciplined by the bar of any jurisdiction or court;

     4.     I have not been admitted *pro hac vice* in this Court within the last two years.

     I declare under penalty of perjury that the foregoing is true and correct.

DATE: November 7, 2007

Respectfully submitted,

*John M Rector*

John M. Rector
General Counsel
National Community Pharmacists
Association
100 Daingerfield Road
Alexandria, VA 22314-2885
P: 703-683-8200
F: 703-683-3619
Email: john.rector@ncpanet.org

DM1\1213605.1

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **NATIONAL ASSOCIATION OF CHAIN DRUG STORES**, *et al.*,       Plaintiffs,       v.       **UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES**, *et al.,*       Defendants. | ) ) ) ) ) ) ) ) ) ) )     Civil Action No. 1:07-cv-02017 (RCL) |

<u>**ORDER**</u>

Upon consideration of the Motion of Plaintiff, National Community Pharmacists

Association, to Admit John M. Rector *pro hac vice*, the accompanying Declaration, and the

entire record herein, it is this____ day of November, 2007 hereby,

ORDERED that the Motion be and hereby is GRANTED, and it is further

ORDERED that John M. Rector be and hereby is admitted *pro hac vice* as counsel for

Plaintiff National Community Pharmacists Association in this matter.

_____
United States District Judge

COPIES TO:

Christopher W. Mahoney
Duane Morris LLP
1667 K Street, NW, Suite 700
Washington, DC 20006

Nicholas J. Lynn
Frederick R. Ball
Duane Morris LLP
227 West Monroe Street, Suite 3400
Chicago, IL 60606

John M. Rector
General Counsel
National Community Pharmacists Association
100 Daingerfield Road
Alexandria, VA  22314-2885

Jeffrey Taylor
U.S. Attorney's Office
501 3RD Street, NW
Washington, D.C. 20001

Peter D. Keisler
Acting U.S. Attorney General
Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

Kerry Weems, Acting Administrator
Centers for Medicare and Medicaid
Services
200 Independence Avenue, SW
Washington, D.C. 20201

Michael O. Leavitt, Secretary
U.S. Department of Health and Human
Services
200 Independence Avenue, SW
Washington, D.C. 20201

DM1\1222542.1