IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL ASSOCIATION OF CHAIN  )
DRUG STORES, *et al.*,          )
                                )
         Plaintiffs,           )
                                )
v.                              )    Civil Action No. 1:07-cv-02017-(RCL)
                                )
UNITED STATES DEPARTMENT OF     )
HEALTH AND HUMAN SERVICES, *et al.*, )
                                )
         Defendants.           )

FILED
NOV 0 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of the Motion of Plaintiffs, National Association of Chain Drug Stores and National Community Pharmacists Association, to Admit Nicholas J. Lynn and Frederick R. Ball *pro hac vice*, the accompanying Declarations, and the entire record herein, it is this 8th day of November, 2007 hereby,

ORDERED that the Motion be and hereby is GRANTED, and it is further

ORDERED that Nicholas J. Lynn and Frederick R. Ball be and hereby are admitted *pro hac vice* as counsel for Plaintiffs, National Association of Chain Drug Stores and National Community Pharmacists Association, in this matter.

                                                                                         /s/ Royce C. Lamberth
                                                                       United States District Judge

COPIES TO:

Christopher W. Mahoney
Duane Morris LLP
1667 K Street, NW, Suite 700
Washington, DC 20006

Nicholas J. Lynn
Frederick R. Ball
Duane Morris LLP
227 West Monroe Street, Suite 3400
Chicago, IL 60606

2

John M. Rector
General Counsel
National Community Pharmacists Association
100 Daingerfield Road
Alexandria, VA 22314-2885

Jeffrey Taylor
U.S. Attorney's Office
501 3RD Street, NW
Washington, D.C. 20001

Peter D. Keisler
Acting U.S. Attorney General
Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

Kerry Weems, Acting Administrator
Centers for Medicare and Medicaid
Services
200 Independence Avenue, SW
Washington, D.C. 20201

Michael O. Leavitt, Secretary
U.S. Department of Health and Human
Services
200 Independence Avenue, SW
Washington, D.C. 20201

DM1\1213633 1