**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **NATIONAL ASSOCIATION OF CHAIN DRUG STORES** and <br><br>**NATIONAL COMMUNITY PHARMACISTS ASSOCIATION,** <br><br> Plaintiffs, <br> v. <br><br> **UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES** *et al.,* <br><br> Defendants. | Civil Action No. 1:07-cv-02017 (RCL) |

**NOTICE OF FILING OF NATIONAL ASSOCIATION OF CHAIN DRUG STORES AND NATIONAL COMMUNITY PHARMACISTS ASSOCIATION**

Attached is Plaintiffs' Expedited Hearing Order which was inadvertently omitted from Plaintiffs' Motion For Preliminary Injunction And Request For Expedited Hearing and Memorandum Of The National Association Of Chain Drug Stores And National Community Pharmacists Association In Support Of Their Motion For Preliminary Injunction And Request For Expedited Hearing. This Expedited Hearing Order should be substituted for the Memorandum which was attached in its place.

Respectfully submitted,

/s/ Don L. Bell, II
Don L. Bell, II
General Counsel
D.C. Bar No. 443149
Mary Ellen Kleiman
Associate General Counsel
DC Bar No. 458400
National Association of Chain Drug Stores
413 North Lee Street
Alexandria, VA 22313-1480
P: 703-549-3001
F: 703-684-6747
Email: DBell@nacds.org
Email: MKleiman@nacds.org


/s/ John M. Rector
John M. Rector
General Counsel
National Community Pharmacists Association
100 Daingerfield Road
Alexandria, VA 22314-2885
P: 703-683-8200
F: 703-683-3619
Email: john.rector@ncpanet.org

/s/ Christopher W. Mahoney
Christopher W. Mahoney
D.C. Bar No. 394416
Duane Morris LLP
1667 K Street, N.W., Suite 700
Washington, DC 20006-1608
(202) 776-7867 (telephone)
(202) 776-7801 (fax)
Email: CMahoney@duanemorris.com


/s/ Nicholas J. Lynn
Nicholas J. Lynn
Frederick R. Ball
Duane Morris LLP
227 West Monroe Street
Suite 3400
Chicago, Illinois 60606
(312) 499-6700 (telephone)
(312) 499-6701 (fax)
Email: NJLynn@duanemorris.com
Email: FRBall@duanemorris.com

Attorneys for National Association Of Chain Drug Stores And National Community Pharmacists Association

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of November, 2007, true copies of the foregoing Plaintiffs' Notice of Filing was served via certified mail, return receipt requested, postage pre-paid on the following:

Jeffrey Taylor
U.S. Attorney's Office
501 3RD Street, NW
Washington, D.C. 20001

Peter D. Keisler
Acting U.S. Attorney General
Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

Kerry Weems, Acting Administrator
Centers for Medicare and Medicaid Services
200 Independence Avenue, SW
Washington, D.C. 20201

Michael O. Leavitt, Secretary
U.S. Department of Health and Human Services
200 Independence Avenue, SW
Washington, D.C. 20201

/s/ Christopher W. Mahoney
Christopher W. Mahoney

DM1\1227191.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL ASSOCIATION OF CHAIN )
DRUG STORES, and )
 )
NATIONAL COMMUNITY ) Civil Action No. 1:07-cv-02017 (RCL)
PHARMACISTS ASSOCIATION, )
 )
                Plaintiffs, )
  v. )
 )
MICHAEL O. LEAVITT, SECRETARY )
OF HEALTH AND HUMAN SERVICES, )
*et al.*,

                Defendants.

## EXPEDITED HEARING ORDER

Upon consideration of Plaintiffs' request for an expedited hearing pursuant to LCvR 65.1(d), as contained in their Motion for Preliminary Injunction, and Plaintiffs' Declaration in support thereof, as well as Defendants' Opposition thereto, it is hereby

ORDERED that Plaintiffs' request for an expedited hearing be and is hereby GRANTED; and it is further

ORDERED that an expedited hearing on Plaintiffs' Motion for Preliminary Injunction in the above captioned case is set for December _____, 2007 at _____ a.m./p.m.

IT IS SO ORDERED.

Date: _____      _____
                                                                     Royce C. Lamberth
                                                                     United States District Court Judge

COPIES TO:

Christopher W. Mahoney
Duane Morris LLP
1667 K Street, NW, Suite 700
Washington, DC 20006

Nicholas J. Lynn
Frederick R. Ball
Duane Morris LLP
227 West Monroe Street, Suite 3400
Chicago, IL 60606

John M. Rector
General Counsel
National Community Pharmacists Association
100 Daingerfield Road
Alexandria, VA 22314-2885

Don L. Bell, II
General Counsel
Mary Ellen Kleiman
Associate General Counsel
National Association of Chain Drug Stores
413 North Lee Street
Alexandria, VA 22313-1480

Jeffrey Taylor
U.S. Attorney's Office
501 3RD Street, NW
Washington, D.C. 20001

Peter D. Keisler
Acting U.S. Attorney General
Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

Kerry Weems, Acting Administrator
Centers for Medicare and Medicaid Services
200 Independence Avenue, SW
Washington, D.C. 20201

Michael O. Leavitt, Secretary
U.S. Department of Health and Human Services
200 Independence Avenue, SW
Washington, D.C. 20201

DM1\1227058.1