IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF CHAIN DRUG STORES *et al.*, | ) ) ) |
| Plaintiffs, | ) ) ) Civil Action No. 1:07cv02017 (RCL) |
| v. | ) ) |
| MICHAEL O. LEAVITT, SECRETARY OF HEALTH AND HUMAN SERVICES *et al.*, | ) ) ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that Wendy Ertmer will appear in the above-captioned matter as primary counsel for the defendants – the United States Department of Health and Human Services ("HHS"), the Centers for Medicare and Medicaid Services ("CMS"), Michael O. Leavitt, Secretary of HHS, in his official capacity, and Kerry Weems, Administrator of CMS, in his official capacity.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

SHEILA M. LIEBER
Deputy Director
Federal Programs Branch

s/ Wendy M. Ertmer
WENDY M. ERTMER
DC Bar No. 490228
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue NW, Room 7218
Washington, DC  20530
Telephone:  (202) 616-7420
Fax:  (202) 616-8470

Email:  wendy.ertmer@usdoj.gov

*Counsel for Defendants*

Dated:  November 20, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2007, a copy of the foregoing pleading was filed electronically via the Court's ECF system, through which a notice of the filing will be sent to:

| | |
|---|---|
| Christopher W. Mahoney | cmahoney@duanemorris.com |
| Frederick R. Ball | frball@duanemorris.com |
| Nicholas J. Lynn | njlynn@duanemorris.com |
| John M. Rector | john.rector@ncpanet.org |

                                            s/ Wendy M. Ertmer
                                            WENDY M. ERTMER