**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| NATIONAL ASSOCIATION OF CHAIN DRUG STORES *et al.* | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:07cv02017 (RCL) |
| MICHAEL O. LEAVITT, SECRETARY OF HEALTH AND HUMAN SERVICES *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS' CONSENT MOTION TO MODIFY**
**BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR**
**PRELIMINARY INJUNCTION AND REQUEST FOR EXPEDITED HEARING**

Pursuant to Local Rule 7, for good cause shown, Defendants file this Consent Motion to

Modify Briefing Schedule for Plaintiffs' Motion for Preliminary Injunction and Request for

Expedited Hearing.  In support of this Consent Motion, Defendants state as follows:

On November 7, 2007, Plaintiffs filed this action challenging the validity of a final rule

issued by the Centers for Medicare and Medicaid Services ("CMS") of the Department of Health

and Human Services ("HHS") pursuant to the Deficit Reduction Act of 2005 ("DRA").  That

final rule, *inter alia*, sets forth new procedures for calculating federal Medicaid reimbursement

limits.  *See generally* 72 *Fed. Reg.* 39,142 (July 17, 2007).  On Thursday, November 15, 2007,

Plaintiffs filed their Motion for Preliminary Injunction and Request for Expedited Hearing.

Pursuant to LCvR65.1(c) and Fed. R. Civ. P. 6(e), Defendants' opposition is due Monday,

November 26, 2007.  Undersigned defense counsel was assigned to this matter early Friday

evening.

The DRA requires CMS to calculate an "average manufacturer price" ("AMP") for

covered drugs and to post that AMP data on a public website.  Plaintiffs' lawsuit challenges the

AMP calculation process set forth in the final rule. Plaintiffs' asserted need for a preliminary

injunction stems from their understanding that CMS intends to post its first set of AMP data

sometime in mid-December. *See* Pls.' Mot. for Prelim. Inj. & Req. for Expedited Hr'g (Nov. 15,

2007) at 3. Because Plaintiffs did not know when in December CMS intended to publish those

data, Plaintiffs requested expedited hearing of their motion by December 5, 2007. *See id.*

CMS will not publish any AMP data until at least December 17, 2007. With this date in

mind, and in order to give Defendants sufficient time to respond to Plaintiffs' motion, the parties

propose the following modified briefing schedule:

1.      Defendants will file their opposition to Plaintiffs' Motion for Preliminary

Injunction and Request for Expedited Hearing no later than December 6, 2007.

2.      Plaintiffs will file any reply in further support of their Motion for Preliminary

Injunction and Request for Expedited Hearing no later than December 11, 2007.

3.      The parties request and are available for a hearing on Plaintiffs' Motion for

Preliminary Injunction on either December 12, 2007, or December 14, 2007. We understand

based on our conversation with Chambers this afternoon that the Court's calendar is relatively

open for a hearing on December 14.

For good cause shown, Defendants request that this Court grant its Consent Motion to

Modify Briefing Schedule for Plaintiffs' Motion for Preliminary Injunction and Request for

Expedited Hearing, establish the briefing schedule proposed herein, and schedule a hearing on

Plaintiffs' motion for December 12, 2007, or December 14, 2007.

Respectfully submitted,

Christopher W. Mahoney
DUANE MORRIS LLP
1667 K Street NW, Suite 700
Washington, DC  20006
Telephone:  (202) 776-7867
Fax:  (202) 776-7801
Email:  cmahoney@duanemorris.com

PETER D. KEISLER
Assistant Attorney General

SHEILA M. LIEBER
Deputy Director
Federal Programs Branch

s/ Frederick R. Ball

Frederick R. Ball
Nicholas J. Lynn
DUANE MORRIS LLP
227 West Monroe Street, Suite 3400
Chicago, IL  60606
Telephone:  (312) 499-6700
Fax:  (312) 499-6701
Email:  frball@duanemoris.com
Email:  njlynn@duanemorris.com

s/ Wendy M. Ertmer

WENDY M. ERTMER
DC Bar No. 490228
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue NW, Room 7218
Washington, DC  20530
Telephone:  (202) 616-7420
Fax:  (202) 616-8470
Email:  wendy.ertmer@usdoj.gov

*Counsel for Plaintiffs*

*Counsel for Defendants*

Dated:  November 20, 2007

3

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2007, a copy of the foregoing pleading, together

with proposed order, was filed electronically via the Court's ECF system, through which a notice

of the filing will be sent to:

Christopher W. Mahoney       cmahoney@duanemorris.com

and was sent by electronic mail to:

Frederick R. Ball            frball@duanemorris.com
Nicholas J. Lynn             njlynn@duanemorris.com
John M. Rector               john.rector@ncpanet.org

                                     s/ Wendy M. Ertmer
                                     WENDY M. ERTMER

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| NATIONAL ASSOCIATION OF CHAIN DRUG STORES *et al.* | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 1:07cv02017 (RCL) |
| v. | ) ) | |
| MICHAEL O. LEAVITT, SECRETARY OF HEALTH AND HUMAN SERVICES *et al.*, | ) ) ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of Defendants' Consent Motion to Modify Briefing Schedule for

Plaintiffs' Motion for Preliminary Injunction and Request for Expedited Hearing, for good cause

shown:

It is hereby ORDERED that Defendants' consent motion is GRANTED.

It is further ORDERED that Defendants shall file their response to Plaintiffs' Motion for

Preliminary Injunction and Request for Expedited Hearing no later than December 6, 2007; that

Plaintiffs shall file any reply to Defendants' response no later than December 11, 2007; and that

this Court shall hold a hearing on this motion on December _____, 2007 at _____.

Dated: _____

                                     _____
                                     ROYCE C. LAMBERTH
                                     United States District Court Judge