IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF CHAIN DRUG STORES *et al.* ) ) ) Plaintiffs, ) ) v. ) ) MICHAEL O. LEAVITT, SECRETARY OF HEALTH AND HUMAN SERVICES *et al.*, ) ) ) Defendants. ) | Civil Action No. 1:07cv02017 (RCL) |

FILED
NOV 20 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of Defendants' Consent Motion to Modify Briefing Schedule for Plaintiffs' Motion for Preliminary Injunction and Request for Expedited Hearing, for good cause shown:

It is hereby ORDERED that Defendants' consent motion is GRANTED.

It is further ORDERED that Defendants shall file their response to Plaintiffs' Motion for Preliminary Injunction and Request for Expedited Hearing no later than December 6, 2007; that Plaintiffs shall file any reply to Defendants' response no later than December 11, 2007; and that this Court shall hold a hearing on this motion on December 14, 2007 at 10:00 a.m.

Dated: 11/20/07

Royce C. Lamberth
ROYCE C. LAMBERTH
United States District Court Judge