UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF CHAIN DRUG STORES and NATIONAL COMMUNITY PHARMACISTS ASSOCIATION,  )<br><br>Plaintiffs,  )<br><br>v.  )<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,  )<br><br>Defendants.  ) | Civil Action No. 07-2017 (RCL) |

## ORDER

This matter is before the Court on the motion of Healthcare Distribution Management Association (HDMA) for leave to file an *amicus curiae* brief in support of Plaintiffs' motion for preliminary injunction. Upon consideration of the motion and the remainder of the record, it is hereby

ORDERED that HDMA's motion be GRANTED.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on December 5, 2007.