IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF CHAIN DRUG STORES and NATIONAL COMMUNITY PHARMACISTS ASSOCIATION,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 1:07-cv-02017 (RCL) |

## ORDER

Upon consideration of Defendants' Emergency Motion to Extend Briefing and Hearing Schedule Regarding Plaintiffs' Motion for Preliminary Injunction, and Plaintiffs' Opposition thereto,

It is hereby ORDERED that Defendants' motion is DENIED.

　　　　　　　　　　　　　　　　　　/s/

　　　　　　　　　　　　　　　　　　Royce C. Lamberth
　　　　　　　　　　　　　　　　　　United States District Judge

COPIES TO:

Christopher W. Mahoney
cmahoney@duanemorris.com

Nicholas J. Lynn
Njlynn@duanemorris.com

Frederick R. Ball
frball@duanemorris.com

Wendy M. Ertmer
Wendy.ertmer@usdoj.gov

Arthur Y. Tsien
atsien@ofwlaw.com, bschochet@ofwlaw.com

John M. Rector
john.rector@ncpanet.org

Don L. Bell, II
DBell@nacds.org

2