IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF CHAIN DRUG STORES and NATIONAL COMMUNITY PHARMACISTS ASSOCIATION,<br><br>      Plaintiffs,<br> v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>      Defendants. | Civil Action No. 1:07-cv-02017 (RCL) |

### PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO AMEND THEIR OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND REQUEST FOR EXPEDITED HEARING

  Late last night, Defendants filed a second motion to file an amended brief in opposition to the motion for preliminary injunction, despite the fact that this Court specifically denied their request to do so earlier in the day. In their motion, Defendants failed to cite the controlling Order of this Court dated December 10, 2007, which denied their Emergency Motion to file an amended brief. Because Defendants' recurring efforts to file another brief are directly contrary to the Court's Order of December 10, 2007, and because Defendants' raise no new basis for their Motion For Leave beyond their own errors, Defendants' Motion For Leave should be denied.

  To avoid further unnecessary expense Plaintiffs will only note two additional points. First, Defendants committed errors of both law and fact in their original Opposition. The errors deal with basic Medicaid statutes and regulations, as well as longstanding Medicaid program practices.

Second, the Motion For Leave confirms that Defendants, not their counsel, committed these errors. Defendants' Motion for Leave to Amend Their Opposition to Plaintiffs' Motion for Preliminary Injunction and Request for Expedited Hearing, p 1. This is further evidence that the Court should not defer to Defendants' agency "expertise."

For the reasons stated above, Defendants' Motion For Leave should be denied.

Respectfully submitted,

/s/ Don L. Bell, II
Don L. Bell, II
General Counsel
D.C. Bar No. 443149
Mary Ellen Kleiman
Associate General Counsel
DC Bar No. 458400
National Association of Chain Drug Stores
413 North Lee Street
Alexandria, VA 22313-1480
P: 703-549-3001
F: 703-684-6747
Email: DBell@nacds.org

/s/ Christopher W. Mahoney
Christopher W. Mahoney
D.C. Bar No. 394416
Duane Morris LLP
1667 K Street, N.W.
Suite 700
Washington, DC 20006-1608
(202) 776-7867 (telephone)
(202) 776-7801 (fax)
Email: CMahoney@duanemorris.com

/s/ John M. Rector
John M. Rector
General Counsel
National Community Pharmacists Association
100 Daingerfield Road
Alexandria, VA 22314-2885
P: 703-683-8200
F: 703-683-3619
Email: john.rector@ncpanet.org

/s/ Frederick R. Ball
Nicholas J. Lynn
Frederick R. Ball
Duane Morris LLP
227 West Monroe Street
Suite 3400
Chicago, Illinois 60606
(312) 499-6700 (telephone)
(312) 499-6701 (fax)
Email: NJLynn@duanemorris.com
Email: FRBall@duanemorris.com

Attorneys for National Association Of Chain Drug Stores And National Community Pharmacists Association

3

## CERTIFICATE OF SERVICE

    I hereby certify that on the 11th day of December, 2007, a true copy of the foregoing Plaintiffs' Opposition To Defendants' Motion For Leave To Amend Their Opposition To Plaintiffs' Motion For Preliminary Injunction And Request For Expedited Hearing was served on the persons listed on the Court's electronic ECF service list.

                                                  /s/ Christopher W. Mahoney
                                                  Christopher W. Mahoney

DM1\1256721.1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF CHAIN DRUG STORES and NATIONAL COMMUNITY PHARMACISTS ASSOCIATION,<br><br>      Plaintiffs,<br><br> v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>      Defendants. | Civil Action No. 1:07-cv-02017 (RCL) |

## ORDER

Upon consideration of Defendants' Motion for Leave to Amend Their Opposition to Plaintiffs' Motion for Preliminary Injunction and Request for Expedited Hearing and Plaintiffs' Opposition thereto, it is hereby ORDERED that Defendants' motion is DENIED.

                Royce C. Lamberth
                United States District Judge

COPIES TO:

Christopher W. Mahoney
cmahoney@duanemorris.com

Nicholas J. Lynn
Njlynn@duanemorris.com

Frederick R. Ball
frball@duanemorris.com

Wendy M. Ertmer
Wendy.ertmer@usdoj.gov

Arthur Y. Tsien
atsien@ofwlaw.com, bschochet@ofwlaw.com

DM1\1256743.1

John M. Rector
john.rector@ncpanet.org

Don L. Bell, II
DBell@nacds.org

Case 1:07-cv-02017-RCL    Document 28-2    Filed 12/11/2007    Page 2 of 2

2