IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF CHAIN DRUG STORES *et al.*, | ) ) ) |
| Plaintiffs, | ) ) ) Civil Action No. 1:07cv02017 (RCL) |
| v. | ) ) |
| MICHAEL O. LEAVITT, SECRETARY OF HEALTH AND HUMAN SERVICES *et al.*, | ) ) ) |
| Defendants. | ) |

**DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR LEAVE TO AMEND THEIR OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND REQUEST FOR EXPEDITED HEARING**

In their opposition to Defendants' Motion for Leave to Amend, Plaintiffs state that this Court yesterday denied Defendants' motion for leave to file an amended brief. Defendants do not construe the Order Plaintiffs reference as a denial of Defendants' motion for leave to amend but as a denial of their motion to extend the briefing schedule in response to the amended brief they now seek to file.

Defendants have submitted an amended brief – accompanied by a motion explaining their error – because they believe they have a professional duty to identify and correct representations of fact they believe to be incorrect. Defendants have already acknowledged that the brief they filed on December 6 contained errors that they sincerely regret. The filing of an amended brief is necessary to correct the prior erroneous statements and to eliminate any arguments based on those statements. Defendants believe it is in the Court's and the parties' best interests for the Court to be able to review a corrected brief rather than to require the Court to attempt to ascertain which portions of the previously filed brief remain and which do not.

Respectfully submitted,

JEFFREY S. BUCHOLTZ

                                        Acting Assistant Attorney General

                                        SHEILA M. LIEBER
                                        Deputy Director
                                        Federal Programs Branch

                                        s/ Wendy M. Ertmer
                                        WENDY M. ERTMER
                                        DC Bar No. 490228
                                        Trial Attorney
                                        Federal Programs Branch
                                        U.S. Department of Justice, Civil Division
                                        20 Massachusetts Avenue NW, Room 7218
                                        Washington, DC  20530
                                        Telephone:  (202) 616-7420
                                        Fax:  (202) 616-8470
                                        Email:  wendy.ertmer@usdoj.gov

                                        *Counsel for Defendants*

Dated:  December 11, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2007, a copy of the foregoing pleading was filed electronically via the Court's ECF system, through which a notice of the filing will be sent to:

    Christopher W. Mahoney    cmahoney@duanemorris.com

and was sent by electronic mail to:

    Frederick R. Ball    frball@duanemorris.com
    Don L. Bell II    dbell@nacds.org
    Mary Ellen Kleiman    mkleiman@nacds.org
    Nicholas J. Lynn    njlynn@duanemorris.com
    John M. Rector    john.rector@ncpanet.org

    s/ Wendy M. Ertmer
    WENDY M. ERTMER