UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**NATIONAL ASSOCIATION OF CHAIN**   )
**DRUG STORES and NATIONAL**        )
**COMMUNITY PHARMACISTS**           )
**ASSOCIATION,**                    )
                                    )
      **Plaintiffs,**         )   Civil Action No. 07-2017 (RCL)
                                    )
    **v.**                        )
                                    )
**UNITED STATES DEPARTMENT OF**     )
**HEALTH AND HUMAN SERVICES,** *et al.*, )
                                    )
      **Defendants.**         )
_____)

## ORDER

Upon consideration of Defendants' Motion for Leave to Amend Their Opposition to Plaintiffs' Motion for Preliminary Injunction and Request for Expedited Hearing and the Opposition and Reply thereto, it is hereby

ORDERED that Defendants' motion is GRANTED. Any supplemental reply by Plaintiffs shall be filed no later than 4:00 p.m., December 13, 2007.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, on December 12, 2007.