IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF CHAIN DRUG STORES *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 1:07cv02017 (RCL)<br>)<br>) |
| MICHAEL O. LEAVITT, SECRETARY OF HEALTH AND HUMAN SERVICES *et al.*, | )<br>)<br>) |
| Defendants. | ) |

### JOINT MOTION PROPOSING ORDER
### OF PRELIMINARY INJUNCTION

The parties submit this joint motion proposing an order of preliminary injunction in the above-captioned matter. In support of this joint motion, the parties state as follows:

On December 14, 2007, after considering Plaintiffs' motion for preliminary injunction and Defendants' opposition thereto, and after holding a hearing, this Court orally granted Plaintiffs' motion for preliminary injunction. The Court directed Defendants to file any objections to Plaintiffs' proposed order of preliminary injunction by December 18, 2007, at 10:00 a.m. or, if possible, to reach agreement with Plaintiffs and submit a joint proposed order, and directed Plaintiffs to file their response to Defendants' objections, if any, by 5:00 p.m. the same day. Because the parties were not able to reach agreement yesterday until after 5:00 p.m., both parties submitted their respective filings. Since doing so, the parties have agreed to the terms of a proposed order of preliminary injunction.

Accordingly, the parties request that this Court enter the attached order of preliminary injunction. To the extent this Court enters the attached order, the parties withdraw all prior proposed orders and memoranda related thereto which were submitted on December 18, 2007.

Defendants note that their submission of this joint motion and proposed order in no way reflects their agreement with the Court's findings stated therein or their agreement with the Court's decision to enter a preliminary injunction and should in no way be construed as a waiver of their right to appeal or to seek a stay of all or any part of the Court's order entering a preliminary injunction.

                                            Respectfully submitted,

| | |
|---|---|
| Christopher W. Mahoney | JEFFREY S. BUCHOLTZ |
| DUANE MORRIS LLP | Acting Assistant Attorney General |
| 1667 K Street NW, Suite 700 | |
| Washington, DC  20006 | SHEILA M. LIEBER |
| Telephone:  (202) 776-7867 | Deputy Director |
| Fax:  (202) 776-7801 | Federal Programs Branch |
| Email:  cmahoney@duanemorris.com | |
| | s/ Wendy M. Ertmer |
| s/ Frederick R. Ball | WENDY M. ERTMER |
| Frederick R. Ball | DC Bar No. 490228 |
| Nicholas J. Lynn | Trial Attorney |
| DUANE MORRIS LLP | Federal Programs Branch |
| 227 West Monroe Street, Suite 3400 | U.S. Department of Justice, Civil Division |
| Chicago, IL  60606 | 20 Massachusetts Avenue NW, Room 7218 |
| Telephone:  (312) 499-6700 | Washington, DC  20530 |
| Fax:  (312) 499-6701 | Telephone:  (202) 616-7420 |
| Email:  frball@duanemorris.com | Fax:  (202) 616-8470 |
| Email:  njlynn@duanemorris.com | Email:  wendy.ertmer@usdoj.gov |
| | |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

Dated:  December 19, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2007, a copy of the foregoing pleading, together with a proposed order, was filed electronically via the Court's ECF system, through which a notice of the filing will be sent to:

Christopher W. Mahoney     cmahoney@duanemorris.com

and was sent by electronic mail to:

Frederick R. Ball        frball@duanemorris.com
Don L. Bell II           dbell@nacds.org
Mary Ellen Kleiman       mkleiman@nacds.org
Nicholas J. Lynn         njlynn@duanemorris.com
John M. Rector           john.rector@ncpanet.org

                              s/ Wendy M. Ertmer
                              WENDY M. ERTMER

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF CHAIN DRUG STORES *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 1:07cv02017 (RCL)<br>)<br>) |
| MICHAEL O. LEAVITT, SECRETARY OF HEALTH AND HUMAN SERVICES *et al.*, | )<br>)<br>) |
| Defendants. | ) |

## ORDER

Upon consideration of Plaintiffs' Motion for Preliminary Injunction and Defendants' Opposition thereto, and having conducted a hearing on this matter, the Court finds that:

1. Plaintiffs are likely to succeed on the merits of their claims that Defendants violated the Administrative Procedure Act and acted contrary to law and/or arbitrarily and capriciously in creating its Average Manufacturer Price rule, 72 Fed. Reg. 39142 (July 17, 2007) ("AMP Rule") because the AMP Rule does not comply with either the statutory definition of "average manufacturer price" or the statutory definition of "multiple source drug" as stated by the Court at the hearing on December 14, 2007;

2. Unless enjoined, Defendants' actions are likely to cause Plaintiffs to suffer irreparable harm for which no adequate remedy at law exists as Plaintiffs' members will not be able to recover from the Defendants if the AMP Rule is implemented, and thousands of Plaintiffs' member pharmacies are expected to be forced to reduce hours and services, forced out of the Medicaid program, or forced to close;

  3. The harm that will result to Plaintiffs' member pharmacies as a result of Defendants' actions outweighs any harm that may result to Defendants as a result of preliminary injunction; and

  4. Issuance of a preliminary injunction will serve the public interest as it is in the public interest for federal departments and agencies to operate in compliance with the law and Medicaid beneficiaries may find access to their retail community pharmacies reduced or eliminated should the injunction not be issued.

  Therefore, it is hereby

  ORDERED that Plaintiffs' Motion is GRANTED, and it is further

  ORDERED that Defendants United States Department of Health and Human Services ("HHS"), HHS Secretary Leavitt, Centers for Medicare and Medicaid Services ("CMS"), and CMS Acting Administrator Weems, as well as HHS and CMS officers, agents, servants, employees, and attorneys be and hereby are enjoined, until further order of this Court, from:

  a. Undertaking any and all action to implement the AMP Rule to the extent such action affects Medicaid reimbursement rates for retail pharmacies under the Medicaid program. Defendants may, however, continue to require drug manufacturers to make AMP calculations and best price calculations under the AMP Rule for purposes of calculating rebates paid to States in the Medicaid program; and

  b. Posting any AMP data on a public website or otherwise disclosing any AMP data to any individuals or entities, including but not limited to States and their representatives or agencies, except that Defendants may disclose AMP data within the U.S. Department of Health and Human Services or to the U.S. Department of Justice for their internal use or enforcement activities only.

SO ORDERED.

Date: _____    _____
                                         ROYCE C. LAMBERTH
                                         United States District Court Judge