UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF CHAIN DRUG STORES and NATIONAL COMMUNITY PHARMACISTS ASSOCIATION,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 07-2017 (RCL) |

## ORDER

Defendants U.S. Department of Health and Human Services ("HHS"), Michael O. Leavitt, Secretary of HHS, the Centers for Medicare and Medicaid Services ("CMS"), and Kerry Weems, Acting Administrator of CMS, have filed an answer. Therefore, a Local Rule 16.3 Conference shall be held within fifteen (15) days of this date between plaintiffs and defendants. Within fourteen (14) days thereafter, and in accordance with Local Rule 16.3(d), the parties shall jointly submit the following: (1) a written report outlining the discovery plan; and (2) a proposed scheduling order.

　　SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, on January 15, 2008.