IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF CHAIN DRUG STORES and NATIONAL COMMUNITY PHARMACISTS ASSOCIATION,<br><br>           Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>           Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 1:07-cv-02017 (RCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that effective March 31, 2008, the Chicago office of Duane Morris LLP will relocate to: 190 South LaSalle Street, Suite 3700, Chicago, Illinois 60603.

**Effective March 31, 2008**, please direct all mailings, correspondence, and service of documents in this matter to:

>Nicholas J. Lynn
>Frederick R. Ball
>Duane Morris LLP
>190 South LaSalle Street, Suite 3700
>Chicago, Illinois 60603

The telephone number (312-499-6700) and facsimile number (312-499-6701) remain the same. The direct dial numbers and e-mail addresses of the above attorneys also remain the same.

DUANE MORRIS LLP

/s/ Frederick R. Ball
Nicholas J. Lynn
Frederick R. Ball
Duane Morris LLP
227 West Monroe Street, Suite 3400
Chicago, Illinois 60606
(312) 499-6700 (telephone)
(312) 499-6701 (fax)
Email: NJLynn@duanemorris.com
Email: FRBall@duanemorris.com

## CERTIFICATE OF SERVICE

Frederick R. Ball, an attorney, certifies that on the 26th day of March, 2007, true copies of the foregoing *Notice of Change of Address* were served via e-mail and via ECF service on the following:

>Wendy M. Ertmer
>U.S. Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue NW
>Washington, DC 20530

/s/ Frederick R. Ball