**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **NATIONAL ASSOCIATION OF CHAIN DRUG STORES and NATIONAL COMMUNITY PHARMACISTS ASSOCIATION,** | ) ) ) ) | |
| | ) | Civil Action No. 1:07-cv-02017 (RCL) |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| **UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES**, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that effective March 31, 2008, the Chicago office of Duane

Morris LLP will relocate to: 190 South LaSalle Street, Suite 3700, Chicago, Illinois 60603.

**Effective March 31, 2008**, please direct all mailings, correspondence, and service of

documents in this matter to:

> Nicholas J. Lynn
> Frederick R. Ball
> Duane Morris LLP
> 190 South LaSalle Street, Suite 3700
> Chicago, Illinois 60603

The telephone number (312-499-6700) and facsimile number (312-499-6701) remain the

same. The direct dial numbers and e-mail addresses of the above attorneys also remain the same.

**DUANE MORRIS LLP**

/s/ Nicholas J. Lynn
Nicholas J. Lynn
Frederick R. Ball
Duane Morris LLP
227 West Monroe Street, Suite 3400
Chicago, Illinois 60606
(312) 499-6700 (telephone)
(312) 499-6701 (fax)
Email: NJLynn@duanemorris.com
Email: FRBall@duanemorris.com

2

## CERTIFICATE OF SERVICE

Nicholas J. Lynn, an attorney, certifies that on the 26th day of March, 2007, true copies

of the foregoing *Notice of Change of Address* were served via e-mail and via ECF service on the

following:

> Wendy M. Ertmer
> U.S. Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Avenue NW
> Washington, DC 20530

/s/ Nicholas J. Lynn