# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF CHAIN DRUG STORES *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) Civil Action No. 1:07cv02017 (RCL) |
| v. | )<br>) |
| MICHAEL O. LEAVITT, SECRETARY OF HEALTH AND HUMAN SERVICES *et al.*, | )<br>)<br>) |
| Defendants. | ) |

## NOTICE OF FILING OF ADMINISTRATIVE RECORD

Please take notice that the U.S. Department of Health and Human Services ("HHS"), Michael O. Leavitt, Secretary of HHS, the Centers for Medicare and Medicaid Services ("CMS"), and Kerry Weems, Acting Administrator of CMS (collectively, "Defendants"), are filing the administrative record of the challenged portions of the July 17, 2007, final rule implementing the provisions of the Deficit Reduction Act of 2007. Pursuant to Local Rule 5.4(e)(1), and as requested by the Clerk's Office, Defendants are filing the administrative record via compact disc.[1]

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

SHEILA M. LIEBER
Deputy Director
Federal Programs Branch

s/ Wendy M. Ertmer
WENDY M. ERTMER

---

[1] As set forth in the parties' Joint Motion for Protective Order that will also be filed today, Defendants have excluded four confidential documents from the administrative record they are filing today and will, if and when the Court grants that motion, file those documents under seal.

        DC Bar No. 490228
        Trial Attorney
        Federal Programs Branch
        U.S. Department of Justice, Civil Division
        20 Massachusetts Avenue NW, Room 7218
        Washington, DC  20530
        Telephone:  (202) 616-7420
        Fax:  (202) 616-8470
        Email:  wendy.ertmer@usdoj.gov

        *Counsel for Defendants*

Dated:  May 30, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2008, a copy of the foregoing pleading was filed electronically via the Court's ECF system, through which a notice of the filing will be sent to

    Frederick R. Ball    frball@duanemorris.com
    Nicholas J. Lynn    njlynn@duanemorris.com
    Christopher W. Mahoney    cmahoney@duanemorris.com

and was sent by electronic mail to:

    Don L. Bell II    dbell@nacds.org
    Mary Ellen Kleiman    mkleiman@nacds.org
    John M. Rector    john.rector@ncpanet.org

I further certify that the administrative record was served in compact disc format by Federal Express upon the following counsel of record:

    Christopher W. Mahoney
    Duane Morris LLP
    1667 K St. NW, Suite 700
    Washington, DC  20006-1608

    Nicholas J. Lynn
    Frederick R. Ball
    Duane Morris LLP
    190 S. LaSalle St., Suite 3700
    Chicago, IL  60603

    Don L. Bell II
    Mary Ellen Kleiman
    National Association of Chain Drug Stores
    413 North Lee St.
    Alexandria, VA  22313-1480

    John M. Rector
    National Community Pharmacists Association
    100 Daingerfield Road
    Alexandria, VA  22314-2885

                              s/ Wendy M. Ertmer
                              WENDY M. ERTMER