IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF CHAIN DRUG STORES *et al.* | ) ) ) |
| Plaintiffs, | ) ) ) Civil Action No. 1:07cv02017 (RCL) |
| v. | ) ) |
| MICHAEL O. LEAVITT, SECRETARY OF HEALTH AND HUMAN SERVICES *et al.*, | ) ) ) |
| Defendants. | ) |

## ORDER [10]

Upon consideration of Plaintiffs' Motion to Supplement Administrative Record, it is hereby ORDERED that Plaintiffs' motion is DENIED as moot. A new Administrative Record was filed on May 30, 2008. ~~that the report of Dr. Stephen W. Schondelmeyer is not part of the administrative record, and that Plaintiffs may not rely on that report to demonstrate the merits of their claims. It is further ORDERED, however, that Plaintiffs may rely on Paragraphs 206-34 of Dr. Schondelmeyer's report for the limited purpose of supporting their claim of irreparable harm in their motion for preliminary relief.~~

Dated: 6/24/08

Royce C. Lamberth
ROYCE C. LAMBERTH
United States District Court Judge