**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

FILED

JUN 2 4 2008

Clerk, U.S. District and
Bankruptcy Courts

NATIONAL ASSOCIATION OF CHAIN )
DRUG STORES *et al.*, )
 )
Plaintiffs, )
v. )    Civil Action No. 1:07-cv-02017 (RCL)
 )
UNITED STATES DEPARTMENT OF )
HEALTH AND HUMAN SERVICES *et al.*, )
 )
Defendants. )

[PLAINTIFFS' PROPOSED] SCHEDULING ORDER

The parties, having conferred pursuant to Local Rule 16.3, and the Court informed in the

premises, *and the Consent Motion [44] to Amend the Parties Report is GRANTED, and*

IT IS HEREBY ORDERED THAT:

1.    The parties shall have until sixty days after the administrative record is compiled

and produced to move to amend all pleadings and/or add parties.

2.    Defendants ~~shall produce~~ *produced* the administrative record ~~no later than~~ *on* May 30, 2008.

3.    All other scheduling shall be set after the production and opportunity for review

of the administrative record.

_____
THE HONORABLE ROYCE C. LAMBERTH