IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 2 4 2008
Clerk, U.S. District and
Bankruptcy Courts

| | |
|---|---|
| NATIONAL ASSOCIATION OF CHAIN DRUG STORES and NATIONAL COMMUNITY PHARMACISTS ASSOCIATION,<br><br>        Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>        Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 1:07-cv-02017 (RCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of Plaintiffs' Unopposed Motion [45] for Leave to File First Amended Complaint for Injunctive and Declaratory Relief, and the entire record herein, it is this 24th day of June, 2008, hereby,

ORDERED that the Motion be and hereby is GRANTED, and it is further

ORDERED that the First Amended Complaint for Injunctive and Declaratory Relief shall be deemed to have been filed and served on this date.

*Royce C. Lamberth*
United States District Judge

COPIES TO:

Christopher W. Mahoney
cmahoney@duanemorris.com

Nicholas J. Lynn
njlynn@duanemorris.com

DM2\1432995.1

Frederick R. Ball
frball@duanemorris.com

Wendy M. Ertmer
Wendy.ertmer@usdoj.gov

Arthur Y. Tsien
atsien@ofwlaw.com

John M. Rector
John.rector@ncpanet.org

Don L. Bell, II
DBell@nacds.org

2

DM2\1432995.1