IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF CHAIN DRUG STORES *et al.*, | ) ) ) |
| Plaintiffs, | ) ) ) Civil Action No. 1:07cv02017 (RCL) |
| v. | ) ) |
| MICHAEL O. LEAVITT, SECRETARY OF HEALTH AND HUMAN SERVICES *et al.*, | ) ) ) |
| Defendants. | ) |

## NOTICE OF FILING OF SEALED DOCUMENTS

Please take notice that the U.S. Department of Health and Human Services ("HHS"), Michael O. Leavitt, Secretary of HHS, the Centers for Medicare & Medicaid Services ("CMS"), and Kerry Weems, Acting Administrator of CMS (collectively, "Defendants"), are filing under seal the four confidential documents referenced in the parties' motion for protective order. *See* Joint Mot. for Protective Order (May 30, 2008) ¶ 2. The sealed documents consist of pages 005239 through 005243 of the administrative record filed on May 30, 2008. These documents are filed under seal pursuant to the Protective Order issued by this Court on June 24, 2008. *See* Protective Order (June 24, 2008) ¶ 7.

    Respectfully submitted,

    GREGORY G. KATSAS
    Assistant Attorney General

    SHEILA M. LIEBER
    Deputy Director
    Federal Programs Branch

    s/ Wendy M. Ertmer
    WENDY M. ERTMER
    DC Bar No. 490228
    Trial Attorney

Federal Programs Branch
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue NW, Room 7218
Washington, DC  20530
Telephone:  (202) 616-7420
Fax:  (202) 616-8470
Email:  wendy.ertmer@usdoj.gov

*Counsel for Defendants*

Dated:  July 7, 2008

2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2008, a copy of the foregoing pleading was filed electronically via the Court's ECF system, through which a notice of the filing will be sent to

    Frederick R. Ball    frball@duanemorris.com
    Nicholas J. Lynn    njlynn@duanemorris.com
    Christopher W. Mahoney    cmahoney@duanemorris.com

and was sent by electronic mail to:

    Don L. Bell II    dbell@nacds.org
    Mary Ellen Kleiman    mkleiman@nacds.org
    John M. Rector    john.rector@ncpanet.org

I further certify that on July 7, 2008, the sealed documents were served by electronic mail on the above-listed counsel of record.

                                          s/ Wendy M. Ertmer
                                          WENDY M. ERTMER