IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF CHAIN DRUG STORES and NATIONAL COMMUNITY PHARMACISTS ASSOCIATION,<br><br>              Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No. 1:07-cv-02017 (RCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Pursuant to Local Rule of Civil Procedure 16.3(d), the parties submitted their Amended Report of the Parties Pursuant to Local Rule 16.3(d) on June 24, 2008. The Court has reviewed the Report of the Parties and enters the following order:

1.  The parties shall move to join new parties or amend the pleadings no later than sixty (60) days after the complete administrative record has been compiled and produced by the defendants.

2.  The defendants shall compile and produce the remaining parts of the administrative record, including those parts of the administrative record that are related to the interim final rule with comment published on March 14, 2008 in the Federal Register (the "Multiple Source Drug Rule") no later than September 30, 2008.

3.  The Court will have a pretrial conference on December 1, 2008 at 9:30 a.m., at which time the parties shall present a plan for further scheduling.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on August 6, 2008.